UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-122 JD |
| ) | |
| EFRAIN CASTENADA ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 10, 2012 [DE 10]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Efrain Castenada's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Information, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 1203.

SO ORDERED.

ENTERED: January 2, 2013

                                      /s/ JON E. DEGUILIO
                                      Judge
                                      United States District Court